COURT OF APPEALS


EIGHTH DISTRICT OF TEXAS


EL PASO, TEXAS





EL PASO INDEPENDENT SCHOOL
DISTRICT,


 Appellant,


v.


ANGELICA CABRALEZ,


 Appellee. 

§


 


§


 


§


 


§


 


§



§

No. 08-08-00073-CV



Appeal from


 34th District Court


of El Paso County, Texas


(TC # 2005-3578)




MEMORANDUM OPINION



 Pending before the Court is Appellant's motion to dismiss this appeal pursuant to
Tex.R.App.P. 42.1(a)(1). Appellant represents to the Court that the parties have settled all of the
claims and causes of action pending in the lawsuit below and have agreed to dismiss the appeal.
Appellant's motion complies with the requirements of Rule 42.1(a)(2). 

 We have considered the cause on the motion and conclude that the motion should be granted. 
We therefore dismiss the appeal. As the motion does not indicate the parties have agreed otherwise,
costs will be taxed against Appellant. See Tex.R.App.P. 42.1(d). 


February 5, 2009 

 ANN CRAWFORD McCLURE, Justice

Before Chew, C.J., McClure, and Carr, JJ.

Chew, C.J., not participating

Carr, J., not participating